# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA FENN | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | C.A. No.: 3:16-CV-01591-RNC |
| v. | ) | |
| | ) | |
| NATIONAL RECOVERY AGENCY, INC., | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

/s/ Angela K. Troccoli
Angela K. Troccoli, Esquire, ct28597
Kimmel & Silverman, P.C.
Date: June 22, 2017
136 Main Street, Suite 301
Danielson, CT 06239
Phone: 860-866-4380
Email: atroccoli@creditlaw.com

*Attorney for Plaintiff*

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22th day of June, 2016:

Joseph J. Blyskal, Esq.
Delaney M. Busch, Esq.
Gordon Rees Scully Mansukhani, LLP
95 Glastonbury Blvd., Ste 206
Glastonbury, CT 06033
jblyskal@gordonrees.com
dbusch@gordonrees.com

*Counsel for Defendant, National Recovery Agency, Inc.*

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire